No. 94–9076. COTAL-CRESPO ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–9092. KEATING v. OFFICE OF THRIFT SUPERVISION. C. A. 9th Cir. Certiorari denied.

No. 94–9109. ENIS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 94–9114. DUMAGUIN v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. D. C. Cir. Certiorari denied.

No. 94–9152. DAVIS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–9157. STRICKLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9174. MITCHELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9178. PERDUE v. TROUTMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9182. McGREGOR v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9197. FAZZINI v. HENMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–9199. IDROGO v. MIRELES, JUDGE, DISTRICT COURT OF TEXAS, BEXAR COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9201. BREAZEALE v. THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 94–9213. NEWTON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–9214. WEATHERFORD v. LeCUREUX, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9215. LEEDY v. AGRIBANK, FCB. C. A. 6th Cir. Certiorari denied.